AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| United States of America | ) |
|---|---|
| v. | ) |
| OMAR LUNA | ) Case No. MS18-10057-CWD |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  March 17, 2018 +18 *[handwritten]* in the county of  Ada  in the Southern District of Idaho, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591(a) | Sex Trafficking of Children |

This criminal complaint is based on these facts:
See the attached affidavit incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Daren M. Boyd, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/18/2018

*Judge's signature*

City and state: Boise, Idaho       The Honorable Candy W. Dale, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daren M. Boyd, Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (HSI), being duly sworn, depose and state:

## INTRODUCTION AND AGENT BACKGROUND

I am a Special Agent with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been employed as a Special Agent for over twenty-one (21) years and am assigned to the Boise, Idaho HSI office (HSI Boise) under the Seattle, Washington HSI office (HSI Seattle), which has jurisdiction over Washington, Alaska, Oregon and Idaho. I have successfully completed the Criminal Investigator Training Program and the Immigration and Naturalization Service Special Agent Training at the Federal Law Enforcement Training Center in Brunswick, GA.

As a Special Agent, I am responsible for enforcing federal criminal statutes including the distribution and/or transportation of images of minors engaged in sexually explicit conduct offenses, pursuant to 18 U.S.C. § 2252(a)(2). My duties also include investigating criminal violations relating to child exploitation and child pornography[1] including violations pertaining to the illegal production, receipt and possession of child pornography, and attempts or conspiracies to commit those crimes. I have reviewed numerous examples of child pornography in several forms of media including computer media. I have also participated in the execution of numerous search warrants, the majority of which involved child exploitation and/or child pornography

---

[1] "Child Pornography," as used herein, includes the definition in 18 U.S.C. § 2256(8)(A), involving any visual depiction, the production of which involves the use of a minor engaged in sexually explicit conduct. *See* 18 U.S.C. §§ 2252 and 2256(1) and (2).

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—1

offenses. I have received training and actual experience relating to Federal Criminal Procedures, Federal Statutes and ICE Regulations.

As part of my duties, I have investigated child exploitation cases almost exclusively for the last ten (10) years. I have participated in numerous investigations involving the sexual exploitation of children and the use of the Internet to conduct criminal activity, including fraud, child pornography, controlled substance related crimes, etc. I have been active with the Boise, Idaho United States Attorney's Office Project Safe Childhood Working Group and the Idaho Internet Crimes Against Children Taskforce for the last seven (7) years. As a Special Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

I am submitting this affidavit as probable cause to arrest and charge Omar LUNA with violation of Title 18 U.S.C. § 1591 for Sex Trafficking of Children.

## APPLICABLE LAW

Title 18, United States Code, Section 1591(a) states: "Whoever knowingly (1) in or affecting interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, recruits, entices, harbors, transports, provides, obtains, advertises, maintains, patronizes, or solicits by any means a person; or (2) benefits, financially or by receiving anything of value, from participation in a venture which has engaged in an act described in violation of paragraph (1), knowing, or, except where the act constituting the violation of paragraph (1) is advertising, in reckless disregard of the fact, that means of force, threats of force, fraud, coercion described in subsection (e)(2), or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not

attained the age of 18 years and will be caused to engage in a commercial sex act, shall be punished as provided in subsection (b)."

## STATEMENT OF PROBABLE CAUSE

On March 16 and 18, 2018, a multi-agency operation was conducted for individuals who are predisposed to travel to engage in sexual activity with minors. During this three-day operation, on March 17 and 18, Omar LUNA engaged in online and telephonic communications regarding a commercial sexual encounter with a minor.

## CRAIGSLIST POSTING

At approximately 11:49 p.m. on March 17, 2018, an Undercover ("UC") Idaho Crimes Against Children (ICAC) officer posted the following advertisement in the Casual Encounters section on the Boise Craigslist website under the heading:

> **Watch out!! ……..READ!!!! – w4m (Boise).**
> Guys watch out for laciwheel83 She is wanting guys to have sex with her daughter who is 15 years old. Totally don't believer but she legit so if ur talking with her at laciwheel83….STOP! Her email is with google FYI Her name is Laci and her daughter's name is Abby

Beginning at approximately 1:12 a.m. on March 18, 2018, the UC ICAC officer—using e-mail account laciwheel83@gmail.com—exchanged numerous e-mails with e-mail account sittingonamine@gmail.com in response to the above posting. The following messages were found to be notable by the affiant as supporting probable cause:

## E-MAIL EXCHANGES

At 1:12 a.m. on March 18, 2018, e-mail account sittingonamine@gmail.com user name "carlos jones" sent an e-mail message which contained the following text: "Hey. I'm looking for a good time. Let me know how much"

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—3

At 1:13 a.m. on March 18, 2018, e-mail account laciwheel83@gmail.com sent an e-mail message which contained the following text: "For both of us?"

At 1:15 a.m. on March 18, 2018, e-mail account sittingonamine@gmail.com user name "carlos jones" sent an e-mail message which contained the following text: "How much are each of you?"

At 1:17 a.m. on March 18, 2018, e-mail account laciwheel83@gmail.com sent an e-mail message which contained the following text: "Let's talk first then yes. You know our ages?"

At 1:17 a.m. on March 18, 2018, e-mail account sittingonamine@gmail.com user name "carlos jones" sent an e-mail message which contained the following text: "You and your daughter?"

At 1:18 a.m. on March 18, 2018, e-mail account sittingonamine@gmail.com user name "carlos jones" sent an e-mail message which contained the following text: "I don't know your age. But 15 the other"

At 1:19 a.m. on March 18, 2018, e-mail account laciwheel83@gmail.com sent an e-mail message which contained the following text: "can we text and get off email?"

At 1:23 a.m. on March 18, 2018, e-mail account sittingonamine@gmail.com user name "carlos jones" sent an e-mail message which contained the following text: "It all depends on how much both cost. But looks are important too. 2084438256." Thereafter, "carlos jones" communicated with the UC via text message.

## TEXT MESSAGES

Beginning at 1:25 a.m. and ending at 2:35 a.m. on March 18, 2018, the following text message exchange between "carlos jones" using telephone number (208) 443-8256 and the UC occurred:

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—4

| | |
|---|---|
| "carlos jones": | I have 160 right now but I can get more tomorrow if need be |

. . . .

| | |
|---|---|
| "UC": | what do you want for 160 |
| "carlos jones": | How about a strip tease and me eating out on her. And more if you are fine as well |

. . . .

| | |
|---|---|
| "UC": | hey do you have condoms, no BB |

. . . .

| | |
|---|---|
| "UC": | u didn't say u had protection |
| "carlos jones": | No worries on protection |

. . . .

| | |
|---|---|
| "carlos jones": | *[Photograph Attachment] This photograph was a digital image file depicting the front of the Jacksons gas station at 1107 N. Curtis Road in Boise, Idaho.* |

. . . .

| | |
|---|---|
| "UC": | will you grab a red bull for her please |
| "carlos jones": | Ok |

. . . .

| | |
|---|---|
| "UC": | what r u in? |
| "carlos jones": | White car |

. . . .

| | |
|---|---|
| "carlos jones": | I think im otside for sure |

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—5

During the above text message exchange, "carlos jones" was directed to first travel to the Jackson's gas station located at 1107 N. Curtis Road in Boise, Idaho, and then to a residence located at 419 N. Allumbaugh Street in Boise, Idaho. "carlos jones" was led to believe that if he went to the 419 N. Allumbaugh Street he would meet an adult female and her fifteen (15) year old daughter, "Abby," and pay $160 for sexual contact with Abby.

Law enforcement mobile surveillance units stationed in the area of the Jackson's gas station on Curtis Road were notified of the pending arrival of "carlos jones." Law enforcement surveillance units noted a white Mitsubishi Gallant in the gas station parking area and verified the license plate on the vehicle was Idaho plate 1J82273. The white Mitsubishi Gallant was parked in the gas station parking area when the digital image file depicting the front of the Jackson's gas station was sent via text message from (208) 443-8256 "carlos jones" to the UC phone number. The white Mitsubishi Gallant then left the Jackson's gas station parking area for a short amount of time and then returned to the gas station parking area and an adult male in a wheel chair exited the vehicle and entered the gas station convenience store.

The white Mitsubishi Gallant then again left the Jackson's gas station parking area and the law enforcement surveillance unit conducted mobile surveillance and followed the pickup truck to Allumbaugh Street in Boise, Idaho. The white Mitsubishi Gallant traveled down Allumbaugh Street and parked in the driveway of the residence located at 419 N. Allumbaugh Street. The adult male exited his vehicle and utilized his wheel chair to travel to door of the residence.

Law enforcement officers from the United States Marshal Service (USMS) Greater Idaho Fugitive Taskforce (GIFT) encountered the adult male who was identified as Omar LUNA and took him into custody. During a search incident to his arrest, LUNA was found to be carrying a

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—6

black and chrome Samsung Galaxy S5 cellular telephone and one hundred and sixty (160) dollars.

While still at the residence, LUNA spoke with HSI Special Agent (SA) Tom Sallaway and Idaho ICAC officer Jeff Peterson. HSI SA Sallaway explained to LUNA that the officers wished to speak to him regarding the circumstances that led to him being arrested and advised LUNA of his rights pursuant to Miranda. LUNA initialed his Statement of Rights Form and informed the officers that he was willing to speak with them without an attorney present.

LUNA consented to the officers searching his vehicle and he read and signed a Consent to Search Form documenting this consent. A can of Red Bull energy drink was recovered from LUNA's vehicle.

LUNA also consented to the officers searching his Samsung Galaxy S5 cellular telephone device after reading and signing an HSI Consent to Search Cellular Telephone form documenting this consent.

After his arrest, LUNA was then transported to the Ada County Sheriff's Office (ACSO) for interview. HSI SA Sallaway and ICAC Officer Peterson interviewed LUNA in an interview room, which was equipped with audio and video recording capabilities.

During the interview, LUNA admitted that he responded to a Craigslist advertisement from a mom and a daughter. LUNA stated he engaged in an e-mail discussion with the mom, which was immediately sexual in nature. LUNA stated that he is impotent and he went to the house intending to engage in direct oral sexual contact with both mom and daughter. Additionally, LUNA stated he offered to pay the mother one hundred and sixty (160) dollars for the sexual contact "if it was worth it." When asked why he responded to the advertisement regarding a fifteen year old female and LUNA stated he did so because "he wanted to try it."

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—7

At the ACSO, Idaho ICAC Forensic Examiner (FE) Gregg Lockwood performed a short forensic review of LUNA's Samsung Galaxy S5 telephone and found numerous e-mail messages exchanged between e-mail accounts sittingonamine@gmail.com with a user name of "carlos jones" and the e-mail account laciwheel83@gmail.com. Additionally, ICAC FE Lockwood verified the phone number for LUNA's Samsung Galaxy S5 device is (208) 443-8256.

## CONCLUSION

Based on the foregoing, there is probable cause to arrest and charge Omar LUNA with violation of Title 18 U.S.C. § 1591 for Sex Trafficking of Children.

We also request that this Complaint be sealed and that no distribution be permitted because this operation is ongoing.

Respectfully submitted,

Daren M. Boyd
Special Agent, HSI

Subscribed and sworn before me this 18th day of March, 2018.

The Honorable Candy W. Dale
United States Magistrate Judge

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—8