AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| United States of America<br>v.<br>OMAR LUNA<br><br>*Defendant* | ) ) ) Case No. MS18-10057-CWD<br>) ) ) ) |

U.S. MARSHAL
District of Idaho
MAR 1 8 2018
RECEIVED

### ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* OMAR LUNA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Sex Trafficking of Children, in violation of 18 U.S.C. § 1591(a)

Date: 03/18/2018

*Issuing officer's signature*

City and state: Boise, Idaho

Candy W. Dale, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 03/18/2018, and the person was arrested on *(date)* 03/18/2018
at *(city and state)* Boise, ID.

Date: 03/19/2018

*Arresting officer's signature*

For SDUSM Pete Thompson &
Members of GLFT
*Printed name and title*